Exhibit A

FBI Explanation Letter

**U.S. Department of Justice**

Federal Bureau of Investigation

*Clarksburg, WV 26306*
August 14, 2024

James Nicholas Tallarico
███████████
Pinnacle, NC ███

RE: Firearm-Related Challenge
    NTN: 103D6WV3W

Dear Mr. Tallarico:

　　This responds to your challenge of the results of your firearm background check. The fingerprint card you submitted cannot be compared with the records used for the denial because the records are not fingerprint based. You have been matched with prohibiting records, which contain a similar name and/or similar descriptive features. Your transaction's prohibition is under Title 18, United States Code (U.S.C.), Sections 921(a)(20) and 922(g)(1): "A person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year or any state offense classified by the state as a misdemeanor and is punishable by a term of imprisonment of more than two years." Please note that it does not matter whether the sentence of more than one or two years was actually ordered or served; the prohibitor is based upon the maximum sentence that could have been imposed upon the individual by the court. In addition, some convictions which may have been "sealed" or "expunged" for certain purposes still qualify as 18 U.S.C. §922(g)(1) prohibitors.

　　If you are the subject of the prohibiting records listed below and wish to challenge the accuracy of the records, you should contact the agency holding the records for further information. If the agency has documentation which would show the records were inaccurate or that the prohibition was nullified, the agency holding the records should submit notification of the correction directly to the FBI's Criminal Justice Information Services (CJIS) Division via e-mail at CK_CHAT_CHALLENGE@fbi.gov or via mail to the FBI's CJIS Division, National Instant Criminal Background Check System (NICS) Section, Post Office Box 4278, Clarksburg, West Virginia 26302-9922. Your NICS Transaction Number (NTN) must be provided with the agency's notification. The agency should take the necessary steps to update the records to prevent future denials.

　　If the prohibiting information was correct at the time your NICS background check was conducted, but has since been resolved, your deny status will not change. The denial would be considered valid at the time of the check.

James Nicholas Tallarico

If you do not believe you are the same person as the subject of the prohibiting records, you may contact the agency listed below. Please be advised that descriptive information can be limited based on varying factors such as system limitations, available descriptive information, and state laws minimizing the amount of descriptive data allowable for entry. If additional descriptors can be added to the records by the agency or the agency is able to provide more descriptive information to the FBI to support your identity challenge, they should notify the FBI via e-mail at CK_CHAT_CHALLENGE@fbi.gov or via mail to the FBI's CJIS Division, NICS Section, Post Office Box 4278, Clarksburg, WV 26302-9922. Your NTN must be provided with the agency's notification. The agency should take the necessary steps to update the records to prevent future denials.

Please be advised, the FBI's CJIS Division does not own or maintain the prohibiting records. Therefore, the FBI cannot make corrections or changes to the records. To obtain further information relating to the prohibiting records, you should contact:

North Carolina State Bureau of Investigation    CIIshelp@ncsbi.gov
Criminal Information & ID Section
NICS/CCH Unit Supervisor
Phone: 919-582-8600
NICS Record Identifier (NRI) Number: 2675970916
Agency Record Identifier (ARI) Number: 960-2012-CRS-051692-52
NRI Number: 2675970927
ARI Number: 960-2012-CRS-051693-52
NRI Number: 2675970938
ARI Number: 960-2012-CRS-051694-52

No further action will be taken until documentation is provided by the contributing agency or you notify the FBI that the records have been updated.

Please ensure all correspondence/submissions contain your NTN. Failure to do so will only delay your challenge.

NICS Section
Criminal Justice Information
Services Division

- 2 -