Exhibit B

Identity History Summary

JAMES NICHOLAS TALLARICO
ATTN: JONES BYRD
C/O: BELL DAVIS & PITT
PO BOX 21029
WINSTON SALEM, NC 27120

1-787a (Rev. 08-10-2016)



**U.S. Department of Justice**

Federal Bureau of Investigation
Criminal Justice Information Services Division
*Clarksburg, WV 26306*

JAMES NICHOLAS TALLARICO
ATTN: JONES BYRD
C/O: BELL DAVIS & PITT
PO BOX 21029
WINSTON SALEM, NC 27120

Date: 11-01-2023

The Criminal Justice Information Services (CJIS) Division of the Federal Bureau of Investigation (FBI) has completed the following fingerprint submission:

**Subject Name**

JAMES NICHOLAS TALLARICO

**Search Completed Result**          11-01-2023  E2023305000000118748

**A SEARCH OF THE FINGERPRINTS PROVIDED BY THIS INDIVIDUAL HAS REVEALED PRIOR ARREST DATA AT THE FBI. THIS DOES NOT PRECLUDE FURTHER CRIMINAL HISTORY AT THE STATE OR LOCAL LEVEL.**

Date of Birth:                     ███/1990

Social Security number:     XXX-XX-XXXX

The result of the above response is only effective for the date the submission was originally completed. For more updated information, please submit new fingerprints of the Subject.

In order to protect Personally Identifiable Information, as of August 17, 2009, FBI policy has changed to no longer return the fingerprint cards. This form will serve as the FBI's official response.

This Identity History Summary (IdHS) is provided pursuant to 28 CFR 16.30-16.34 solely for you to conduct a personal review and/or obtain a change, correction, or updating of your record. **This IdHS is not provided for the purpose of licensing or employment or any other purpose enumerated in 28 CFR 20.33.**

Any questions may be addressed to the Customer Service Group at 304-625-5590.  You may also visit the website at www.fbi.gov/checks for further instructions.

Chris Ormerod
Section Chief
Biometric Services Section
Criminal Justice Information
          Services Division

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

DC000001Z                                          NCN E2023305000000118748
TCN  WVFBIJM0Z-20231101101338-EDO-0000-53509

THE ENCLOSED RECORD, DATED 2023/11/01, WITH THE FBI UCN 803866ED6 AND
NGI CONTROL NUMBER (NCN) E2023305000000118748 IS BEING PROVIDED AS THE
RESULT OF CIVIL RETURN IDENT TEN-PRINT SUBMISSION.
THE TENPRINT BIOGRAPHICS AS SUBMITTED IN THE ORIGINAL TRANSACTION ARE:
NAME: TALLARICO,JAMES NICHOLAS                          DOB 1990█████

DATA RELATED TO THIS RECORD WAS REQUESTED FROM THE FOLLOWING:


NORTH CAROLINA   - STATE ID/NC1395718A
FBI              - FBI/803866ED6

SINCE THIS RESPONSE CONTAINS NATIONAL FINGERPRINT FILE (NFF) AND/OR III
PARTICIPANT STATE(S) REGULATED DATA, THE RESPONSE MAY NOT BE COMPLETE.
HOWEVER THE FBI MAINTAINED DATA FROM THE NON-RESPONDING III PARTICIPANT
STATE(S) IS INCLUDED IN THE RESPONSE.

DC000001Z
DO 556-73 REQ
FBI-CJIS-WV
BIOMETRIC TECHNOLOGY CTR
1000 CUSTER HOLLOW RD
CLARKSBURG,WV 26306

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

DC000001Z
TCN WVFBIJM0Z-20231101101338-EDO-0000-53509
AGENCY CASE D42658223293

THE FBI IDENTIFIED YOUR TEN-PRINT SUBMISSION WHICH
CONTAINED THE FOLLOWING DESCRIPTORS:

NAME TALLARICO,JAMES NICHOLAS

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR |
|-----|------|------------|--------|--------|------|------|
| M | W | 1990/▮▮▮ | 000 | UNK | UNK | UNK |

| STATE ID | BIRTH PLACE |
|----------|-------------|
| NULL | UNITED STATES |

CITIZENSHIP
UNITED STATES

| OTHER BIRTH DATES | SCARS-MARKS-TATTOOS | SOCIAL SECURITY | MISC NUMBERS |
|-------------------|---------------------|-----------------|--------------|
| NONE | NONE | NONE | NONE |

ALIAS NAME(S)
NONE

END OF COVER SHEET

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV   26306


DC000001Z                                    NCN E2023305000000118748

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
                    - FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

                        ****NOTICE****
        SUBJECT OF RECORD IS A REGISTERED SEXUAL OFFENDER
            SEE END OF RECORD FOR MORE INFORMATION

NAME                             FBI UCN         DATE REQUESTED
TALLARICO,JAMES NICHOLAS          803866ED6       2023/11/01

SEX   RACE   BIRTH DATE   HEIGHT   WEIGHT   EYES   HAIR
M     W      1990/███     506      120      BRO    BRO

BIRTH PLACE
NEW YORK

PATTERN CLASS                    CITIZENSHIP
LS LS LS LS LS AU LS LS LS LS    UNITED STATES


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*               SEXUAL OFFENDER REGISTRY INFORMATION              *
*                                                                 *
*   THE SUBJECT OF THIS RECORD HAS REGISTERED AS A SEXUAL OFFENDER *
*   WITH THE FOLLOWING AGENCY:                                     *
*                                                                 *
*       AGENCY-SHERIFF'S OFFICE DANBURY (NC0850000)               *
*       AGENCY CASE - 024080S3                                    *
*       NCIC NUMBER - NIC/X901780760                              *
*       REGISTERED AS - TALLARICO,JAMES NICHOLAS                  *
*                                                                 *
*       DATE REGISTERED - 2013/04/22                              *
*       REGISTRY EXPIRATION - 2043/04/22                          *
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



END OF PART 1 - PART 2 TO FOLLOW

DC000001Z                                    NCN E2023305000000118748
PART 2
                - FBI IDENTIFICATION RECORD - FBI UCN-803866ED6

RECORD UPDATED 2023/11/01

ALL ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

```
********************* CRIMINAL HISTORY RECORD *********************

************************* Introduction **************************

This rap sheet was produced in response to the following request:

Subject Name(s)          TALLARICO,JAMES NICHOLAS
State Id Number          NC1395718A (NC)
Request Id               UNKNOWN
Purpose Code             R
Attention                E2023305000000118748;T

The information in this rap sheet is subject to the following caveats:

BASED ONLY ON SID NUMBER

THIS CRIMINAL HISTORY IS FOR A MULTI-STATE RECORD.

THIS RESPONSE CONTAINS ONLY NORTH CAROLINA CHARGES.

A MULTI-STATE NCIC RESPONSE WILL BE PROVIDED BY THE FBI.

THIS CRIMINAL HISTORY RECORD INFORMATION ON THE ABOVE-NAMED INDIVIDUAL
IS A CERTIFIED COPY SUBSTANTIATED BY FINGERPRINTS, AS IT APPEARS IN THE
SBI/DCI FILES. STATE/FEDERAL REGULATIONS REQUIRE A ONE-YEAR RECORD OF
DISSEMINATION.* * * CAUTION * * *CHANGES TO THIS RECORD MAY OCCUR AT
ANY TIME AND A NEW INQUIRY SHOULD BE MADE FOR SUBSEQUENT USE.


************************* IDENTIFICATION **************************

Subject Name(s)

TALLARICO, JAMES NICHOLAS
NICHOLAS, JAMES TALLARICO   (AKA)
TALLARICO, NICHOLAS   (AKA)

Subject Description

FBI Number               State Id Number
803866ED6                NC1395718A (NC)

Social Security Number   Driver's License Number
███████████              ███████  (NC)


Sex                      Race                     Skin Tone
Male                     White                    Light

Height                   Weight                   Date of Birth
5'06"                    115                      1990█████

Hair Color               Eye Color
Brown                    Hazel


Place of Birth
```

New York

```
************************* CRIMINAL HISTORY  *************************

============================= Cycle 001 =============================
Tracking Number          01
Earliest Event Date      2009-08-22 Incident Date          2009-08-22
--------------------------------------------------------------------
Arrest Date              2009-08-22
Arrest Case Number       090821234501
Arresting Agency         NC0850300 KING PD-COMMUNICATIONS
Subject's Name           TALLARICO,JAMES NICHOLAS
    Offender Id Number   S30934C
Comment(s)               Arrest Provisions: CUSTODY RELEASE
Charge                   01
        Charge Literal   SIMPLE POSS MARIJUANA
              Statute     (90-95D4 NC)
             Severity    Misdemeanor
--------------------------------------------------------------------
Court Disposition        (Cycle 001)
Court Case Number        2009CR 051801
Final Disposition Date   2010-01-19
Court Agency             NC085025J STOKES CO DIST COURT - DANBURY
        Charge Literal   SIMPLE POSSESS SCH VI CS (M)
              Statute     (90-95(D)(4) NC)
    NCIC Offense Code    3562
             Severity    Misdemeanor
          Disposition    ( 2010-01-19; Trial By Judge; Verdict: Prayer
                         for Judgement)
    Court Comment  Plea: Guilty
    Court Comment  Special Condition: PJC PER KEY
============================= Cycle 002 =============================
Tracking Number          02
Earliest Event Date      2012-06-10 Incident Date          2010-08-01
--------------------------------------------------------------------
Arrest Date              2012-06-10
Arrest Case Number       12-04725
Arresting Agency         NC0850000 STOKES CO SO - DANBURY
Subject's Name           TALLARICO,JAMES NICHOLAS
    Offender Id Number   VB2368H
Charge                   01
        Charge Literal   STAT RAPE/SEX OFFN DEF >=6YR
              Statute     (14-27.7A(A) NC)
    NCIC Offense Code    1116
             Severity    Felony
Charge                   02
        Charge Literal   STAT RAPE/SEX OFFN DEF >=6YR
              Statute     (14-27.7A(A) NC)
    NCIC Offense Code    1116
             Severity    Felony
Charge                   03
        Charge Literal   STAT RAPE/SEX OFFN DEF >=6YR
              Statute     (14-27.7A(A) NC)
    NCIC Offense Code    1116
             Severity    Felony
Charge                   04
        Charge Literal   STAT RAPE/SEX OFFN DEF >=6YR
```

```
                   Statute      (14-27.7A(A) NC)
         NCIC Offense Code      1116
                  Severity      Felony

------------------------------------------------------------------------
Booking Case Number            050000003942
Booking Agency                 NC0850000 STOKES CO SO - DANBURY
------------------------------------------------------------------------
Court Disposition              (Cycle 002)
Court Case Number              2012CRS051693
Final Disposition Date         2013-04-08
Court Agency                   NC097035J WILKES CO SUP CRT - N WILKESBORO
        Charge Literal         SEXUAL BATTERY
              Statute          (14-27.5A(A) NC)
             Severity          Misdemeanor
          Disposition          ( 2013-04-08; Trial By Judge; Verdict: Guilty)
    Court Comment   Plea: Guilty To A Lesser Degree
    Court Comment   Special Condition: RUN @ EXP & COMPLY W/CONDS
                    IN 12CRS51692. ADDITIONAL 60
    Court Comment   Special Condition: CWS.REMIT FEE & CC. 12
                    MONTHS TO COMPLETE THIS CWS.
    Court Comment   Special Condition: PREVIOUS MICROFILM#:
                    1300109999
------------------------------------------------------------------------
Court Disposition              (Cycle 002)
Court Case Number              2012CRS051694
Final Disposition Date         2013-04-08
Court Agency                   NC097035J WILKES CO SUP CRT - N WILKESBORO
        Charge Literal         SEXUAL BATTERY
              Statute          (14-27.5A(A) NC)
             Severity          Misdemeanor
          Disposition          ( 2013-04-08; Trial By Judge; Verdict: Guilty)
    Court Comment   Plea: Guilty To A Lesser Degree
    Court Comment   Special Condition: CONSOLIDATED FOR JUDGEMENT
                    WITH: 2012CRS051693
------------------------------------------------------------------------
Court Disposition              (Cycle 002)
Court Case Number              2012CRS051695
Final Disposition Date         2013-04-08
Court Agency                   NC097035J WILKES CO SUP CRT - N WILKESBORO
        Charge Literal         SEXUAL BATTERY
              Statute          (14-27.5A(A) NC)
             Severity          Misdemeanor
          Disposition          ( 2013-04-08; Trial By Judge; Verdict: Guilty)
    Court Comment   Plea: Guilty To A Lesser Degree
    Court Comment   Special Condition: CONSOLIDATED FOR JUDGEMENT
                    WITH: 2012CRS051693
------------------------------------------------------------------------
Court Disposition              (Cycle 002)
Court Case Number              2012CRS051692
Final Disposition Date         2013-04-08
Court Agency                   NC097035J WILKES CO SUP CRT - N WILKESBORO
        Charge Literal         SEXUAL BATTERY
              Statute          (14-27.5A(A) NC)
             Severity          Misdemeanor
          Disposition          ( 2013-04-08; Trial By Judge; Verdict: Guilty)
    Court Comment   Plea: Guilty To A Lesser Degree
    Court Comment   Special Condition: 60HRS CWS W/IN 6M,PAY $250
```

```
                              FEE. STAY 250FT AWAY FROM AND
Court Comment  Special Condition: HAVE NO CONTACT W/VIC,HER
                              FAMILY,PROP,SCHOOL,WORK.TRANS
Court Comment  Special Condition: PROB TO STOKES. REPORT TO PO
                              W/IN 14D-IFF DOESNT ARREST W/
Court Comment  Special Condition: $5K C/B. REPORT 1/MO TO
                              PO,BE DRUG/ALC TESTD.
------------------------------------------------------------------------
Sentencing               (Cycle 002)
Sentencing Agency
Court Case Number        2012CRS051693
      Charge Literal     SEXUAL BATTERY
             Statute      (14-27.5A(A) NC)
            Severity     Misdemeanor
         Disposition     ( 2013-04-08; Trial By Judge; Verdict: Guilty)
Sentence                 Special Condition: RUN @ EXP & COMPLY W/CONDS
                              IN 12CRS51692. ADDITIONAL 60
Sentence                 Special Condition: CWS.REMIT FEE & CC. 12
                              MONTHS TO COMPLETE THIS CWS.
Sentence                 Special Condition: PREVIOUS MICROFILM#:
                              1300109999
Sentence                 Confinement: 45D
Sentence                 Probation Sentence: 36M
Sentence                 Supervised Probation Sentence: Y
Sentence                 Fine: $500
Sentence                 Structured Sentencing Offense Class: A1
Sentence                 Structured Sentencing Prior Points: 01
Sentence                 Structured Sentencing Type: Community Sentence
Sentence                 Community Service Hours: 60
Sentence                 Days to Complete Community Service: 360
------------------------------------------------------------------------
Sentencing               (Cycle 002)
Sentencing Agency
Court Case Number        2012CRS051694
      Charge Literal     SEXUAL BATTERY
             Statute      (14-27.5A(A) NC)
            Severity     Misdemeanor
         Disposition     ( 2013-04-08; Trial By Judge; Verdict: Guilty)
Sentence                 Special Condition: CONSOLIDATED FOR JUDGEMENT
                              WITH: 2012CRS051693
Sentence                 Structured Sentencing Offense Class: A1
------------------------------------------------------------------------
Sentencing               (Cycle 002)
Sentencing Agency
Court Case Number        2012CRS051695
      Charge Literal     SEXUAL BATTERY
             Statute      (14-27.5A(A) NC)
            Severity     Misdemeanor
         Disposition     ( 2013-04-08; Trial By Judge; Verdict: Guilty)
Sentence                 Special Condition: CONSOLIDATED FOR JUDGEMENT
                              WITH: 2012CRS051693
Sentence                 Structured Sentencing Offense Class: A1
------------------------------------------------------------------------
Sentencing               (Cycle 002)
Sentencing Agency
Court Case Number        2012CRS051692
      Charge Literal     SEXUAL BATTERY
             Statute      (14-27.5A(A) NC)
```

```
              Severity   Misdemeanor
           Disposition   ( 2013-04-08; Trial By Judge; Verdict: Guilty)
Sentence                 Special Condition: 60HRS CWS W/IN 6M,PAY $250
                         FEE. STAY 250FT AWAY FROM AND
Sentence                 Special Condition: HAVE NO CONTACT W/VIC,HER
                         FAMILY,PROP,SCHOOL,WORK.TRANS
Sentence                 Special Condition: PROB TO STOKES. REPORT TO PO
                         W/IN 14D-IFF DOESNT ARREST W/
Sentence                 Special Condition: $5K C/B. REPORT 1/MO TO
                         PO,BE DRUG/ALC TESTD.
Sentence                 Confinement: 45D
Sentence                 Probation Sentence: 36M
Sentence                 Supervised Probation Sentence: Y
Sentence                 Fine: $500
Sentence                 Court Costs: $359
Sentence                 Structured Sentencing Offense Class: A1
Sentence                 Structured Sentencing Prior Points: 01
Sentence                 Structured Sentencing Type: Community Sentence
Sentence                 Community Service Hours: 60
Sentence                 Days to Complete Community Service: 180
************************   INDEX OF AGENCIES   ************************

Agency                   KING PD-COMMUNICATIONS; NC0850300;


--------------------------------------------------------------------
Agency                   STOKES CO SO - DANBURY; NC0850000;


--------------------------------------------------------------------
Agency                   STOKES CO DIST COURT - DANBURY; NC085025J;


--------------------------------------------------------------------
Agency                   WILKES CO SUP CRT - N WILKESBORO; NC097035J;



                 * * * END OF RECORD * * *
```